IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STEVEN CURRY,[1] | § | |
| | § | No. 440, 2017 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1702001650N |
| STATE OF DELAWARE, | § | |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: April 18, 2018
Decided: April 20, 2018

Before **STRINE**, Chief Justice, **VALIHURA** and **TRAYNOR**, Justices.

**O R D E R**

This 20th day of April 2018, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its September 27, 2017 Order Following Review of Commissioner's Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court be AFFIRMED.

BY THE COURT:

/s/ Gary F. Traynor
Justice

---

[1] In accordance with Del. Sup. Ct. R. 7(b), the Court has assigned a pseudonym to the Appellant.